IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-MJ-02420-RN

**United States of America**,

v.

**Harry C. Braxton**,

        Defendant.

**Order**

The court has determined that it is necessary to modify the Defendant's conditions of release to reasonably assure his appearance at future proceedings and reasonably assure the safety of any other person or the community.

In addition to the conditions previously entered, the Defendant must:

1. Participate in the following location restriction program and comply with its requirements as directed.

    a. Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities, court appearances, work, or other activities specifically approved by the court.

2. Submit to the following location monitoring technology and comply with its requirements as directed:

    a. Location monitoring technology as directed by the pretrial services or supervising officer.

3. Pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

Dated: July 10, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge