IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-MJ-02420-RN

| | |
|---|---|
| **United States of America**, <br><br> v. <br><br> **Harry C. Braxton**, <br><br>                 Defendant. | **Order** |

      The United States Probation Office must prepare and file a criminal information report on the defendant before his next court appearance. The report should include the defendant's criminal history and provide the defendant's criminal history score under the advisory federal sentencing guidelines.

      The court will hear any objections regarding the contents of this report at the defendant's sentencing hearing, if one occurs.

Dated: August 22, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge